PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** David Vargas        **Docket Number:** 08-00930-002
       **PACTS Number:** 52101

**Name of Sentencing Judicial Officer:** The Honorable William H. Walls
Senior United States District Judge

**Date of Original Sentence:** 06/09/2009

**Original Offense:** Conspiracy to Distribute and Posses with Intent to Distribute Cocaine

**Original Sentence:** 36 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 11/30/11

**Assistant U.S. Attorney:** Dennis Carletta, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Alex Booth (Retained) 512 42nd Street, Union City, New Jersey 07087 (201) 866-4949

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On or about May 9, 2012, in Kings County, New York, the offender committed a state crime; to wit, Robbery in the 3rd degree, in violation of NYPL 160.05, a Class D Felony, in that the offender forcibly removed another individuals's cellular phone from her purse and fled the location with said cellular telephone. |
| | It is alleged that on May 9, 2012, the offender drove up to the victim while she was walking to work and aggressively yelled at her to get in the car. When she refused, he exited the vehicle and followed her, eventually grabbing her and throwing her up against a wall and pinning her wrists. He went into her purse and forcibly removed her cellular telephone and returned to his vehicle. |

| | |
|---|---|
| 2 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On or about May 9, 2012, in Kings County, New York, the offender committed a state crime; to wit, Aggravated Harassment, in violation of NYPL 240.30, a Class A Misdemeanor, in that the offender intended to harass the victim by telephone via text.

| | |
|---|---|
| 3 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |

On or about November 30, 2011, or anytime thereafter, the offender failed to notify the U.S. Probation Officer within seventy-two (72) hours of any change in residence, in that the offender was residing in Brooklyn, New York, while reporting his residence to be in the Bronx, New York.

On April 30, 2012, the United States Probation Office in the Southern District of New York, received information from a detective from the New York Police Department, that the offender was not residing at his address of record, 1187 Ogden Avenue, Bronx, New York, and was residing at 126 Pacific Street, Brooklyn, New York.

I declare under penalty of perjury that the foregoing is true and correct.

By: _[signature]_
Patrick Hattersley
U.S. Probation Officer
Date: 5/22/12

---

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_[signature]_
Signature of Judicial Officer

22 May 2012
Date